# In the United States Court of Federal Claims

No. 23-174
(Filed: July 3, 2025)

```
*************************************
JEREMIAH BOTELLO, et al.,          *
                                   *
            Plaintiffs,            *
                                   *
     v.                            *
                                   *
UNITED STATES OF AMERICA,          *
                                   *
            Defendant.             *
*************************************
```

## ORDER

    A hearing on the government's motion for a remand [ECF 50] is scheduled to take place on **July 11, 2025,** at 11:00 a.m. (Eastern) via Zoom. Instructions for joining the proceeding will be provided to the attorneys of record via electronic mail.

    **IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge
